LUCE, Petitioner, v. SUPERIOR COURT, etc., Respondent.

No. 8897; April 6, 1883.

**Prohibition.**—A Writ of Prohibition Does not Lie in a case open to appeal.

**Appeal.**—Where, in a Foreclosure Case, the Court Orders the Sale of exempt property, the error, if any, is to be corrected by appeal.

Prohibition.

Edward Lynch for petitioner; J. P. Meux for respondent.

By the COURT.—Petition for a writ of prohibition. Demurrer to the petition. The question is: Can a court fore-

close a mortgage, and, on such foreclosure, order a sale of personal property included in the mortgage, which property was in fact exempt by law from sale under execution? In such a case, we see no reason whatever for the issuance of a writ of prohibition. If any error has occurred, it can be reviewed on appeal.

The demurrer is sustained, and the alternative writ heretofore issued is discharged.